1  PHILLIP J. MADDUX, ESQ. (SBN 45579)
   REYNOLDS LAW GROUP
2  1515 Lincoln Way
   Auburn, California 95603
3  Telephone:   (530) 885-8500
   Facsimile:   (530) 889-1711
4
   Attorneys for Plaintiff
5  JILL MADDUX

6
   ADRIENNE C. PUBLICOVER (SBN 161432)
7  DENNIS J. RHODES (SBN 168417)
   WILSON, ELSER, MOSKOWITZ,
8  EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
9  San Francisco, California 94105
   Telephone:   (415) 433-0990
10 Facsimile:   (415) 434-1370

11 Attorneys for Defendant
   PRUDENTIAL INSURANCE
12 COMPANY OF AMERICA

13

14
                    UNITED STATES DISTRICT COURT
15
                    EASTERN DISTRICT OF CALIFORNIA
16

17 JILL MADDUX,                        ) Case No.: 2:06-CV-01427-FCD-KJM
                                       )
18         Plaintiff,                  ) **STIPULATION AND ORDER RE**
                                       ) **DISMISSAL OF DEFENDANT AKZO**
19     v.                              ) **NOBEL, INC.**
                                       )
20 PRUDENTIAL INSURANCE COMPANY        )
   OF AMERICA, AKZO NOBEL, INC. and    )
21 DOES I-X,                           )
                                       )
22         Defendants.                 )
                                       )
23

24     **IT IS HEREBY STIPULATED** by and between the parties to this action, plaintiff JILL

25 MADDUX ("Plaintiff") and defendants PRUDENTIAL INSURANCE COMPANY OF AMERICA

26 ("PRUDENTIAL") and AKZO NOBEL, INC., through their respective counsel of record, as

27 follows:

28
                                          1
         STIPULATION AND ORDER DISMISSING DEFENDANT AKZO NOBEL, INC.
   USDC EDCA NO. 2:06-CV-01427-FCD-KJM
   246605.3

1.  Prudential is the proper defendant in this case for long-term disability benefits under the Policy, and hereby agrees to assume liability for defendant AZKO Nobel, Inc., if any there be, for the claims alleged in the complaint of plaintiff Jill Maddux seeking recovery of long term disability benefits under the AZKO Inc. All Salaried Employees, Employee Welfare Benefit Plan No. 501.

2.  Upon entry of this Stipulation, Plaintiff hereby voluntarily dismisses Defendant Akzo Nobel, Inc. from this lawsuit, with prejudice.

**IT IS SO STIPULATED.**

DATED: _____, 2006        REYNOLDS LAW GROUP

By:_____
    PHILLIP J. MADDUX
    Attorneys for Plaintiff
    JILL MADDUX

DATED: _____, 2006        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:_____
    ADRIENNE C. PUBLICOVER
    DENNIS J. RHODES
    Attorneys for Defendant
    PRUDENTIAL INSURANCE
    COMPANY OF AMERICA

**IT IS SO ORDERED.**

DATED: December 22, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE