1 | ADRIENNE C. PUBLICOVER (State Bar No. 161432)
DENNIS J. RHODES (State Bar No. 168417)
2 | WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
3 | 525 Market Street, 17th Floor
San Francisco, California 94105
4 | Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendant
PRUDENTIAL INSURANCE
COMPANY OF AMERICA

Phillip J. Maddux, Esq. (State Bar No. 45579)
REYNOLDS MADDUX LLP
500 Auburn Folsom Road, Suite 210
Auburn, CA 95603
Tel: (530) 885-8500
Fax: (530) 885-8113

Attorneys for Plaintiff
JILL MADDUX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL MADDUX, | Case No.: 2:06-CV-01427-FCD-KJM |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, AKZO NOBEL, INC. and DOES I-X, | |
| Defendants. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
USDC EDCA No. 2:06-CV-01427-FCD KJM
291061.1

1  Plaintiff Jill Maddux ("plaintiff"), and defendant The Prudential Insurance Company of
2  America ("Prudential"), through their respective attorneys of record, Philip J. Maddux, on behalf
3  of plaintiff, and Dennis J. Rhodes, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, on
4  behalf of Prudential, HEREBY STIPULATE that the above-captioned matter and all claims of
5  relief therein can be dismissed with prejudice as to all parties in its entirety pursuant to the parties'
6  agreement to resolve the disputed claim.  Each party to bear its own fees and costs.
7  IT IS SO STIPULATED.

8
9  Dated:_____                REYNOLDS MADDUX LLP

10
11                                    By:_____
                                           PHILLIP J. MADDUX
                                           Attorneys for Plaintiff
12                                         JILL MADDUX

13
14 Dated:_____                WILSON, ELSER, MOSKOWITZ,
                                           EDELMAN & DICKER LLP
15

16
17                                    By:_____
                                           ADRIENNE C. PUBLICOVER
                                           DENNIS J. RHODES
18                                         Attorneys for Defendant
                                           PRUDENTIAL INSURANCE COMPANY OF
19                                         AMERICA

20
                                           **ORDER**
21

22 **IT IS SO ORDERED.**

23
   Dated: July 27, 2007              _____
24                                    FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE
25

26
27

28
                                          1
                        **STIPULATION OF DISMISSAL WITH PREJUDICE**
   USDC EDCA No. 2:06-CV-00142-GEB-GGH
   291061.1